# EXHIBIT 1

Methodist
Methodist
P.O Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Call
1-833-423-1796
Or Visit:
https://app.idx.us/account-creation/protect
Enrollment Code: 9V8R9YWHEV



Sandra Gleason

August 26, 2022

## NOTICE OF PRIVACY EVENT

Dear Sandra Gleason,

Methodist McKinney Hospital ("MMH" or "we") are writing to make you aware of an event that may impact some of your information. This notice provides you with information about the event, our response, and steps you may take to help protect your personal information, should you feel it is appropriate to do so.

**What Happened?** On July 5, 2022, we became aware of unusual activity on certain systems. Upon becoming aware of the unusual activity we promptly took steps to better ensure the integrity of our network and began an investigation with the assistance of a third-party company. To date the investigation confirmed that an unauthorized actor accessed systems containing MMH data between May 20, 2022, and July 7, 2022, and copied certain files. Although the investigation is ongoing, as part of the response to this event, we are conducting a detailed review to determine what information was present in the relevant systems at the time of the unauthorized access and to whom those records relate. We continue to notify individuals as we identify potentially affected information, and this process is ongoing.

**What Information Was Involved?** The ongoing investigation has determined that the following types information relating to patients who received medical treatment at MMH may have been impacted by the event: name, address, Social Security number, date of birth, medical history information, medical diagnosis information, medical treatment information, medical record number, health insurance information, and/or medical record number. The information involved varies by patient depending on what the patient provided to MMH for purposes the patient's medical treatment at MMH.

**What We Are Doing.** Information security is one of our highest priorities, and we have security measures in place to protect information in our care. We responded promptly when we became aware of this event by taking steps to secure our systems and commence a comprehensive investigation. We are also reviewing and enhancing existing policies and procedures and implementing additional safeguards to further secure the information in our systems. Additionally, we reported this event to federal law enforcement. As an added precaution, we are offering you access to 12 months of credit monitoring and identity protection services at no cost to you through IDX. You will find information on how to enroll in these services in the enclosed "Steps You Can Take To Protect Your Personal Information." We encourage you to enroll in these services as we are not able to do so on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. Please also review the information contained in the attached "Steps You Can Take To Protect Your Personal Information."